## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CURTIS ANTHONY CLARK,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | )   **CIV. ACT. 1:20-cv-0003-TFM-B** |
| | ) |
| **WARDEN JOHN CROW,** | ) |
| | ) |
| **Respondent.** | ) |

## <u>MEMORANDUM OPINION AND ORDER</u>

On April 8, 2021, the Magistrate Judge entered a Report and Recommendation which recommends the habeas petition filed pursuant to 28 U.S.C. § 2254 by Petitioner Curtis Anthony Clark be dismissed with prejudice as time barred and the denial of a certificate of appealability. *See* Doc. 22.  No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation (Doc. 22) is **ADOPTED** as the opinion of the Court.  Petitioner's habeas petition is **DISMISSED with prejudice** as time-barred.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 27th day of May, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE